UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-82-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| MAGIC C. NORMAN | |

On motion of the Defendant, Magic C. Norman, and for good cause shown, it is hereby ORDERED that the **[DE 79]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __1__ day of __May__ 2016.

JAMES C. DEVER, III
Chief United States District Judge